ENTERED ON DOCKET 10/18/01
PURSUANT TO FRCP 58 & 79a

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: Rio Piedras Explosion Litigation | CIVIL CASE 96-2443 (CCC) |
| IRIS DELIA TORRES FELICIANO, MIGUEL ANGEL GARCIA PEREZ and the conjugal society between them; MIGUEL ANGEL GARCIA TORRES and OLGA DOLAGARAY LOPEZ, by themselves and on behalf of their minor children GABRIELA GARCIA DOLAGARAY and MIGUEL GARCIA DOLAGARAY; NUVIA ENID GARCIA TORRES and EDGARDO FLORES CRESPO; LOURDES BERNADETTE GARCIA TORRES and JIMMY DOMINGUEZ PIMENTEL | |
| v. | CIVIL CASE 97-1296(CCC) |
| ENRON CORPORATION, ET AL. | |

RECEIVED & FILED
01 OCT 18 PM 6:03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## JUDGMENT

Pursuant to the Order entered on August 28, 2001 granting docket entry #3148, judgment is hereby entered dismissing said action with prejudice.

In San Juan, Puerto Rico, this 21th day of September, 2001.

Frances Rios de Moran
Clerk of Court

_____
Deputy Clerk